Tony COLIDA, Plaintiff–Appellant,

v.

N.E.C. USA, INC., Defendant–Appellee.

No. 05–1347.

United States Court of Appeals,
Federal Circuit.

Aug. 17, 2005.

Before NEWMAN, RADER, and PROST, Circuit Judges.

**JUDGMENT**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED*. *See* Fed. Cir. R. 36

James O. NEWHOUSE, Petitioner,

v.

DEPARTMENT OF THE AIR FORCE, Respondent.

No. 05–3024.

United States Court of Appeals,
Federal Circuit.

Aug. 17, 2005.

Before NEWMAN, Circuit Judge,
ARCHER, Senior Circuit Judge, and
SCHALL, Circuit Judge.

**JUDGMENT**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED*. *See* Fed. Cir. R. 36